MARY P. MCGEARY v. MUNICIPAL COURT OF THE BOROUGH
OF NORTHVALE, COUNTY OF BERGEN, STATE OF
NEW JERSEY.

May 6, 1986.

Petition for certification denied.

TOWNSHIP OF WARREN v. MARION R. SUFFNESS, ET AL.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY HERRING.

May 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MERRITT.

May 6, 1986.

Petition for certification denied.